# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELISSA A. HAGANS, :

        Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant. :

Case No. 3:10-cv-34

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER

On Motion of the plaintiff (Doc. No. 17) and consent of the defendant (Doc. No. 18), it is hereby ORDERED that Plaintiff be awarded attorney fees pursuant to 42 U.S.C. § 406(b), in the amount of $9,758.75.

October 6, 2011.

                                                                Walter Herbert Rice
                                                                United States District Judge